HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In re

RB ENTERPRISES, LLC,

          Debtor.

No. 21-00040

DECLARATION OF THOMAS A. BUFORD PRESSER IN SUPPORT OF DEBTOR'S APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY BUSH KORNFELD LLP AS BANKRUPTCY COUNSEL

THOMAS A. BUFORD declares as follows:

1. I am a partner at Bush Kornfeld LLP ("Bush Kornfeld"), proposed bankruptcy counsel to the above-captioned debtor-in-possession ("Debtor"). I have personal knowledge of the facts set forth herein. I make this declaration in support of the Debtor's application to employ Bush Kornfeld as bankruptcy counsel.

2. Neither I, the law firm of Bush Kornfeld, nor any partner thereof, insofar as I have been able to ascertain, are creditors of the estate of the Debtor.

3. To the best of my knowledge, the members and associates of the firm of Bush Kornfeld do not have any connection with the Debtor, its creditors, or any other party-in-interest, their

DECLARATION OF THOMAS A. BUFORD IN SUPPORT OF DEBTOR'S APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY BUSH KORNFELD – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb22jq01f6

1 respective attorneys or accountants, the United States Trustee, or any person employed in the office of
2 the United States Trustee.

3       4.      The Debtor holds a 50% interest in IT, LLC ("IT"), an Alaskan LLC. In 2015, IT filed
4 a Chapter 11 bankruptcy case before this Court, Case No. 15-00107, on April 22, 2015 (the "IT
5 Case"). The Court dismissed the IT Case on May 1, 2015, nine days after the case was filed. On April
6 23, 2015, the undersigned entered a notice of appearance on behalf of the United States Trustee for
7 Region 18 in the IT Case. Other than entering a notice of appearance, the United States Trustee did
8 not participate in the case.

9       5.      Based on the foregoing, I believe the firm of Bush Kornfeld is not a creditor of the
10 Debtor's estate and is a "disinterested person" within the meaning of sections 101(14) and 327 of the
11 Bankruptcy Code.

12       6.      I have advised the Debtor of Bush Kornfeld's willingness to serve as its counsel based
13 on time and standard billable charges. Currently, my hourly billing rate is $475.00. The hourly
14 billing rate for professionals and other support personnel in this firm who may perform services for
15 the Debtor ranges from $75 to $585. These rates may be adjusted on an annual basis to reflect market
16 conditions.

17       7.      Pursuant to a separately noticed motion, the Debtor may request that Bush Kornfeld be
18 authorized to obtain reimbursement on a monthly basis for its costs and payment of 80% of its fees. If
19 approved by the Court, Bush Kornfeld will be authorized to receive reimbursement and payment ten
20 days after sending a billing statement to parties identified in the interim payment procedures order
21 provided no party receiving such statement timely objects.

22       8.      Bush Kornfeld holds no funds in its trust account as a retainer for post-petition work.
23       8.      I have read Local Bankruptcy Rule 2016-1.

DECLARATION OF THOMAS A. BUFORD IN SUPPORT OF
DEBTOR'S APPLICATION FOR ORDER AUTHORIZING
DEBTOR TO EMPLOY BUSH KORNFELD – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb22jq01f6

9. I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 7th day of March, 2021, at Seattle, Washington.

/s/ Thomas A. Buford
THOMAS A. BUFORD

DECLARATION OF THOMAS A. BUFORD IN SUPPORT OF DEBTOR'S APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY BUSH KORNFELD – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb22jq01f6