HONORABLE GARY SPRAKER

Christine M. Tobin-Presser, AK Bar No. 1905032
Thomas A. Buford, AK Bar No. 1805046
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Phone: 206-292-2110
Facsimile: 206-292-2104
ctobin@bskd.com
tbuford@bskd.com

FILED
MAY 4 2021
CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In re

RB ENTERPRISES, LLC,

          Debtor.

No. 21-00040

**DECLARATION OF ROBERT GROSS IN SUPPORT OF DEBTOR'S MOTION AUTHORIZING DEBTOR TO DISMISS BANKRUPTCY CASE**

Robert Gross declares as follows:

1. I am the manager of RB Enterprises, LLC (the "Debtor"), debtor-in-possession herein. I make this declaration in support of the Debtor's Motion Authorizing Debtor to Dismiss Bankruptcy Case (the "Dismissal Motion"). Capitalized terms herein have the meaning identified in the Dismissal Motion unless otherwise indicated.

2. The Debtor filed its Bankruptcy Case on March 1, 2021 to avoid a potential forfeiture of its primary and sole income-producing asset, its 50% membership interest in IT, LLC, to the other 50% member, Mystery Ranch, LLC.

DECLARATION OF ROBERT GROSS – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ed29e301gc

3. IT, LLC owns and operates the Inlet Tower Hotel & Suites in Anchorage, Alaska (the "Hotel").

4. The Debtor's members are myself and my wife, Melodie Gross. Mystery Ranch's members are Jack Barrett ("Barrett") and Dawn Barrett.

5. Almost a decade ago, Barrett and I embarked on two discrete business ventures, acquiring and operating the Hotel in Anchorage and developing and selling certain real estate in Utah. I served as manager of IT, LLC, overseeing the Hotel operations, while Barrett oversaw the Utah project.

6. For much of our relationship, Barrett, I, and our affiliated entities (the "Barrett Entities," and the "Gross Entities," respectively) have been involved in multiple lawsuits in three separate states. Certain of the litigation culminated in a judgment against the Debtor, nonpayment of which would likely have resulted in forfeiture of the Debtor's interest in IT, LLC, absent the Chapter 11 filing.

7. Through a successful mediation on March 17, 2021, the Gross Entities and the Barrett Entities reached a comprehensive settlement, the terms of which are described in the Settlement Motion.

8. As to the Debtor, the settlement provides that Mystery Ranch will release any claims against the Gross Entities and the Debtor and transfer its interest in IT, LLC to the Debtor. As a result of this settlement, the Debtor no longer needs the protection of Chapter 11 in order to preserve its primary asset, its interest in IT, LLC, and the Hotel's operations can continue to service the joint obligations of IT, LLC and the Debtor according to their terms.

9. The majority of the Debtor's non-insider obligations consist of the obligations incurred in the operation of the Hotel, as to which the Debtor co-obligated itself with IT, LLC. As the revenue

DECLARATION OF ROBERT GROSS – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

producing entity, IT, LLC has historically serviced these obligations and would continue to do so post-dismissal.

10. The following identifies and describes each scheduled claim and its disposition upon dismissal of the Bankruptcy:

| Claimant | Amount | Disposition |
| --- | --- | --- |
| Mystery Ranch | 420,267 | Claim released in settlement |
| 32 Mile Investments, LLC | 152,508.00 | Insider Claim for money loaned. Will be repaid through distributions by IT, LLC in the ordinary course |
| AK Denali Leasing, LLC | 2,000.00 | Insider Claim for loans. Will be repaid through distributions by IT, LLC in the ordinary course. |
| Boyd Chandler Falconer | 229,000.00 | Claim will be paid by co-obligors |
| Robert Gross | 720,215.58 | Insider Claim for money loaned. Will be repaid through distributions by IT, LLC in the ordinary course |
| Tower Properties Construction, Inc. | 33,000.00 | Insider Claim for money loaned. Will be repaid through distributions by IT, LLC in the ordinary course |
| Business Financial Services | 211,962 | Claim for funds loaned to IT, LLC, guaranteed by Debtor. Will be repaid by IT, LLC according to loan terms. |
| Alaska Housing Finance Corporation | 5,920,842.00 | Claim for funds loaned to IT, LLC upon which Debtor is a co-borrower. Claimant unsecured as to Debtor, secured in Hotel. Has been and will continue to be repaid by IT, LLC according to loan terms. |
| Alaska Housing Finance Corporation | 2,286,297.00 | See above. |
| Amex Blue | 2,000.00 | Credit card used in IT, LLC operations and which IT, LLC will continue to utilize and service. |
| Amex Lowes | 24,800.00 | Credit card used in IT, LLC operations and which IT, LLC will continue to utilize and service. |
| Bank of America VISA | 35,500.00 | Credit card used in IT, LLC operations and which IT, LLC will continue to utilize and service. |
| Home Depot | 1,000.00 | Credit card used in IT, LLC operations and which IT, LLC will continue to utilize and service. |
| Small Business Financial Solutions | 120,415.00 | Claim for funds loaned to IT, LLC, guaranteed by Debtor. Will be repaid by IT, LLC according to loan terms. |

11. The remaining claims total $2,800.00, consisting of Small Business Administration ($2,000), AT&T Mobility ($350), FedEx ($100), General Communications, Inc. ($100) and Office Depot ($250). I will contribute funds to assure full payment of these claims.

DECLARATION OF ROBERT GROSS – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ed29e301gc

12. In addition to the necessity for this Court's approval of the Settlement Motion, the terms of the settlement must also be approved by the Bankruptcy Court for the District of Arizona in the individual bankruptcy of Barrett[1] and the bankruptcy of his affiliate, Meritage Companies, LLC.[2]

13. The Debtor cannot securely exit its own Bankruptcy without approval by the Arizona bankruptcy court of the various provisions relating to the Debtor and the releases thereof.

14. I declare under penalty of perjury under the laws of the state of Alaska that the foregoing information is true and correct.

DATED this 30 day of April, 2021.

_____
ROBERT GROSS

---

[1] Case No. 2:20-bk-07712-MCW (Bankr. D. Ariz.)

[2] Case No. 2:20-bk-07718-MCW (Bankr. D. Ariz.)

DECLARATION OF ROBERT GROSS – Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ed29e301gc