HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In re

RB ENTERPRISES LLC,

              Debtor.

No. 21-00040

**STIPULATION RELATING TO DISMISSAL OF BANKRUPTCY**

RB Enterprises, LLC (the "**Debtor**"), debtor-in-possession in the above-captioned bankruptcy case (the "**Bankruptcy Case**"), Robert "Bob" Gross ("**Bob Gross**"), Melodie Gross, Jack A. Barrett, Dawn E. Barrett, and Mystery Ranch, LLC ("**Mystery Ranch**") enter into this *Stipulation Relating to Dismissal of Bankruptcy Case* (the "**Stipulation**") as of April 30, 2021 as follows:

### **RECITALS**

A.    Bob Gross and Melodie Gross jointly own the Debtor. The Debtor owns a fifty percent (50%) interest in IT, LLC, an Alaska limited liability company. IT, LLC owns and operates a hotel known as the Inlet Tower Hotel in Anchorage, Alaska (the "**Hotel**"). Mystery Ranch owns the other fifty percent (50%) interest in IT, LLC. Jack Barrett and Dawn Barrett jointly own Mystery Ranch. Bob Gross serves as manager of IT, LLC, overseeing the Hotel's operations.

STIPULATION TO DISMISSAL OF DEBTOR'S
BANKRUPTCY CASE  - Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

BN 44903109v5

B. Bob Gross and Jack Barrett have a long-standing dispute which has resulted in extensive litigation. On June 30, 2020, Jack Barrett filed a voluntary bankruptcy petition commencing the chapter 11 bankruptcy case designated as *In re Jack A. Barrett*, Case No. 2:20-bk-07712-MCW (the "**Barrett Bankruptcy Case**") in the United States Bankruptcy Court, District of Arizona (the "**Arizona Bankruptcy Court**"). The Debtor's Bankruptcy Case is also a component of that dispute.

C. For much of the parties' relationship, Bob Gross and his affiliated entities, on the one hand, and Jack Barrett and his affiliated entities, on the other hand, have been involved in multiple and ongoing lawsuits and bankruptcy cases in Alaska, Utah and Arizona.

D. One of the lawsuits[1] culminated in a judgment against the Debtor (the "Mystery Ranch Judgment"), nonpayment of which may have resulted in final execution on the Debtor's interest in IT, LLC as early as March 3, 2021, absent the commencement of the Bankruptcy Case on March 2, 2021.

E. On March 17, 2021, Bob Gross, Melodie Gross, the Debtor, Jack Barrett, Dawn Barrett, and Mystery Ranch, among other related parties, participated in a global mediation session before the Honorable Daniel P. Collins, United States Bankruptcy Judge, District of Arizona, and reached a global resolution of all of the claims, counterclaims or contested matters asserted between the parties including the claims and interests asserted in this Bankruptcy Case.

F. The terms of the settlement were read into the record as reflected by the (1) the Minute Entry entered as Docket No. 292 by Judge Collins in the Barrett Bankruptcy Case, and (2) the Minute Entry entered as Docket No. 311 by Judge Collins in Meritage Bankruptcy Case (collectively, the "**Settlement**"). The Parties and their counsel agreed on the record to the terms of the Settlement at the conclusion of the mediation session.

---

[1] *Mystery Ranch, LLC v. Gross*, Case No. 3AN-14-08418 (Alaska Sup. Ct. 2014) (the "Alaska Mystery Ranch Action"), which was referred to arbitration before the American Arbitration Association as Case No. 01-15-0005-1171.

STIPULATION TO DISMISSAL OF DEBTOR'S
BANKRUPTCY CASE  - Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

BN 44903109v5

G.     The settlement calls for approval of a "**Settlement Agreement**," which incorporates the provisions of the Settlement, by both the Arizona Bankruptcy Court and this Court. Once approved, the settlement obviates the need for continuation of the Debtor's Bankruptcy Case.

**NOW, THEREFORE**, the Debtor, Bob Gross, Melodie Gross, Jack Barrett, Dawn Barrett and Mystery Ranch (collectively, the "**Parties**") and individually, a "**Party**"), by and through their counsel of record, hereby stipulate and agree as follows.

1.     Based on the foregoing, the Parties hereby stipulate and agree that, subject to approval of the Settlement Agreement by the Arizona Bankruptcy Court and this Court, should the Debtor seek dismissal of its Bankruptcy Case, neither Jack Barrett, Dawn Barrett, Mystery Ranch, nor any of their affiliated entities will object to or in any way seek to directly or indirectly hinder such dismissal.

2.     Each individual whose signature appears below represents and warrants that he or she is authorized to enter into this Stipulation.

3.     This Stipulation may be executed in electronic counterparts and shall be deemed complete and effective as if it were executed as one original document.

4.     The Parties consent to the entry of an order approving this Stipulation by the Bankruptcy Court.

[SIGNATURE PAGE FOLLOWS]

STIPULATION TO DISMISSAL OF DEBTOR'S
BANKRUPTCY CASE  - Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

BN 44903109v5

**IT IS SO STIPULATED**

ROBERT "BOB" GROSS

By: *Robert Gross*
    Robert "Bob" Gross

MELODIE A. GROSS

By: *Melodie Gross*
    Melodie A. Gross

RB ENTERPRISES, LLC, as debtor and debtor in possession

By: *Robert Gross*
    Robert "Bob" Gross, as Manager and Member

By: *Melodie Gross*
    Melodie Gross, as Member

JACK A. BARRETT

By: _____
    Jack A. Barrett, as debtor and debtor in possession

DAWN E. BARRETT

By: _____
    Dawn E. Barrett

MYSTERY RANCH, LLC,

By: _____
    Jack A. Barrett, as Manager and Member

By: _____
    Dawn E. Barrett, as Member

STIPULATION TO DISMISSAL OF DEBTOR'S BANKRUPTCY CASE - Page 4

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

BN 44903109v5

**IT IS SO STIPULATED**

| ROBERT "BOB" GROSS | JACK A. BARRETT |
|---|---|
| By: _____<br>Robert "Bob" Gross | By: _____<br>Jack A. Barrett, as debtor<br>and debtor in possession |
| MELODIE A. GROSS | DAWN E. BARRETT |
| By: _____<br>Melodie A. Gross | By: _____<br>Dawn E. Barrett |
| RB ENTERPRISES, LLC, as debtor and debtor in possession | MYSTERY RANCH, LLC, |
| By: _____<br>Robert "Bob" Gross, as Manager and Member | By: _____<br>Jack A. Barrett, as Manager and Member |
| By: _____<br>Melodie Gross, as Member | By: _____<br>Dawn E. Barrett, as Member |

STIPULATION TO DISMISSAL OF DEBTOR'S
BANKRUPTCY CASE - Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

BN 44903109v5